·Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ.

In the Matter of the Claim of ARNOLD SCOTTO, Respondent, against WM. SPENCER & SON CORPORATION, Appellant. WORKMEN'S COMPENSATION BOARD, Respondent.—

Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ.

In the Matter of the Claim of OLAF MYHRE, Appellant. EDWARD CORSI, as Industrial Commissioner, Respondent.—

Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ.

In the Matter of the Claim of MARIE LOCURTO, Respondent. EDWARD CORSI, as Industrial Commissioner, Appellant.—

Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ., concur.

PAUL VAN DYKE, Appellant, v. MARY VAN DYKE, Respondent.—

Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ.